# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>FRANCISCO ALBERTO GUTIERREZ,<br><br>      Defendant. | Case No. 3:20-cr-00017-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A. TRUTANICH, United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA and Joe Laub, Esq., counsel for the FRANCISCO ALBERTO GUTIERREZ, that the Sentencing hearing set for August 3, 2020 at 1:00 PM, be vacated and continued to September 21, 2020 at 1:00 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Gutierrez.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Gutierrez is detained and agrees to the continuance.

5. This is the first request for continuance of the sentencing hearing.

DATED this 30th day of July, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By  /s/ Megan Rachow                      By   /s/ Joe Laub
    MEGAN RACHOW                              JOE LAUB
    Assistant United States Attorney          Counsel for Mr. Gutierrez

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for August 3, 2020 at 1:00 PM, be vacated and continued to **September 21, 2020 at 1:00 PM.**

DATED this 31st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE