RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for FRANCISCO ALBERTO GUTIERREZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANCISCO ALBERTO GUTIERREZ,<br><br>        Defendant. | Case No. 3:20-cr-00017-RCJ-CLB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING (SECOND REQUEST)** |

   IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for FRANCISCO ALBERTO GUTIERREZ and CHRISTOPHER CHIOU, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for December 6, 2021, at 11:00 AM, be vacated and continued to a date and time convenient to the court after February 2022.

   / / /

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Gutierrez is currently on bond.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 3rd day of December, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for FRANCISCO GUTIERREZ | By */s/ Richard Casper*<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for December 6, 2021, at 11:00 AM, be vacated and continued to Monday, 3/21/2022 at 10:30 AM in Reno Courtroom 3 before Judge Robert C. Jones.

DATED this 3rd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE